JAMES A. FARLEY, et al., Appellants, *v.* THE UNION LIFE INSURANCE COMPANY, Respondent.

(Argued January 24, 1890 ; decided February 25, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon

an order made June 28, 1886, which reversed a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term and ordered a new trial.

*Raphael J. Moses, Jr.*, for appellants.

*Merritt E. Sawyer* for respondent.

Agree to affirm; no opinion.
All concur, except HAIGHT, J., not sitting.
Judgment affirmed.